ADAMS, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CASE NO. 5:06CV1972 |
| Plaintiff, | ) ) | |
| | ) | Judge John R. Adams |
| v. | ) ) | ORDER [Resolving Docs. 2, 7] |
| AUTONATION, d/b/a, MULLINAX FORD NORTH CANTON, | ) ) ) | |
| Defendant. | | |

Before the Court are two pending motions. The first motion was filed by Proposed Intervenor Avery Williams ("Williams"), who has motioned the Court to allow him to intervene in this discrimination action filed by the Equal Employment Opportunity Commission ("EEOC") (Doc. 2). The second motion was filed by Defendant AutoNation ("Defendant")[1] and seeks an order either compelling Williams to arbitrate his claims and/or to stay the proceedings (Doc. 7).

These motions have been fully briefed and the parties were given the opportunity to discuss their respective positions at a status conference held before the Court on December 20, 2006. Having reviewed these matters completely, the Court hereby Orders as follows:

(1) Williams's Motion to Intervene is GRANTED. Title VII clearly reserves to an aggrieved individual the right to intervene in an action filed by the EEOC. *EEOC v. Frank's*

---

[1] According to Defendant, it was incorrectly named as "Autonation, d/b/a, Mullinax Ford North Canton." Defendant claims that the two companies are separate legal entities and that the proper party to this litigation is "Mullinax."

*Nursery & Craft's Inc.*, 177 F.3d 448, 456 (6th Cir. 1999) (*citing* 42 U.S.C. § 2000e-5(f)(1)).

  (2) Notwithstanding, Defendant's Motion for Order to Compel Arbitration and/or Stay Proceedings is GRANTED, in part, for the reasons stated in Defendant's motion. Accordingly, the Court will compel arbitration of Williams's claims, but will not stay the proceedings.

  IT IS SO ORDERED.

|  December 27, 2006 |  *s/John R. Adams* |
|---|---|
| Date | John R. Adams |
| | U.S. District Judge |